**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GREGORY STUHAAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00901-AWI-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 9)<br><br>**ORDER GRANTING REQUEST FOR STAY**<br><br>(Doc. 10) |

Plaintiff John Gregory Stuhaan, with the assistance of counsel, filed the instant civil rights action on June 22, 2016. An Initial Scheduling Conference was set for October 5, 2016. Plaintiff's counsel failed to appear at the conference. Accordingly, the Court issued an order directing Plaintiff's counsel to show cause why sanctions should not be imposed for the failure to appear at the scheduling conference and the failure to effectuate service. (Doc. 9).

On October 17, 2016, Plaintiff's counsel filed a response to the Court's show cause order. (Doc. 10). Counsel represents that he did not appear at the scheduling conference for two primary reasons: (1) there is a related criminal matter currently pending in Tulare County; and (2) Plaintiff's counsel has been diagnosed with cancer, and his treatment has been aggressive and all encompassing, making it difficult to schedule his time. Counsel further explains that he is a solo practitioner and has sought help with the criminal and civil actions from two other attorneys.

1

Plaintiff now requests a 90 to 120-day stay of this action pending the outcome of the criminal case, and for other counsel "to get up to speed if the case proceeds" and Plaintiff's counsel becomes "more incapacitated." (Doc. 10 at p. 3).

Having considered counsels' response, it is HEREBY ORDERED as follows:

1. The Court's Order to Show Cause issued on October 10, 2016, is HEREBY DISCHARGED and no sanctions will be imposed;
2. Plaintiff's request for a stay is GRANTED;
3. This action is STAYED for 120 days during the pendency of Plaintiff's criminal action; and
4. No later than **February 1, 2017**, Plaintiff shall file a written status report detailing the status of this action and the related criminal matter.

IT IS SO ORDERED.

Dated:   **October 18, 2016**                          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE