1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GREGORY STUHAAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　Defendants. | Case No.  1:16-cv-00901-AWI-BAM<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT WITHIN SEVEN DAYS** |

Plaintiff John Gregory Stuhaan, with the assistance of counsel, filed the instant civil rights action on June 22, 2016.  On October 19, 2016, the Court granted Plaintiff's request for a stay of this action pending the outcome of an underlying criminal case in Tulare County Superior Court. The Court also directed Plaintiff to file a written status report detailing the status of the action and the related criminal matter no later than February 1, 2017.  (Doc. 11.)  To date, Plaintiff has not filed a status report.

Accordingly, within **seven (7) days** from the date of this order, Plaintiff shall file a written status report detailing the status of this action and the related criminal matter.  If Plaintiff fails to comply with this order, this action may be dismissed without further notice based on Plaintiff's failure to comply with court orders and failure to prosecute this action.

IT IS SO ORDERED.

Dated:  __April 6, 2017__　　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28